UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. HARRELL, | ) |
| Plaintiff, | ) Case No. 1:17-cv-00328-RGA ) ) |
| v. | ) ) |
| SI SYSTEMS, LLC, | ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff John A. Harrell ("Harrell") filed the above-captioned action (this "Action") on or about March 27, 2017 against defendant SI Systems, LLC ("SI");

WHEREAS, on or about April 19, 2017, Harrell filed a First Amended Complaint in this Action against SI;

WHEREAS, on or about June 26, 2017, SI filed a First Amended Answer in this Action denying any and all liability to Harrell and asserting various affirmative defenses to each of Harrell's claims;

WHEREAS, Harrell and SI have entered into a "Settlement Agreement" dated December, 28, 2017 (the "Settlement Agreement"), in which they have agreed to a dismissal of this Action with prejudice, subject to the Court retaining jurisdiction solely for the limited purpose of enforcing the terms of the Settlement Agreement;

NOW, THEREFORE, Harrell and SI, through their respective counsel, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), as follows:

1.  This Action, including all claims asserted therein, is dismissed in its entirety WITH PREJUDICE.

2. Each party will bear its own costs, expenses, and attorneys' fees.

3. The Court retains jurisdiction over this Action and the parties solely for the limited purpose of enforcing the terms of the Settlement Agreement.

**SO STIPULATED**:

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Phone: 302.999.1540
stamoulis@swdelaw.com

  - and -

Levi Y. Silver (*Pro Hac Vice*)
SOLOMON WARD SEIDENWURM & SMITH
401 B Street, Suite 1200
San Diego, CA 92101
Phone: 619.231.0303
Fax: 619.231.4755
lsilver@swsslaw.com

*Attorneys for Plaintiff*

Dated: December 28, 2017

/s/ Thomas G. Macauley
Thomas G. Macauley (#3411)
MACAULEY LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Phone: 302.656.0100
TM@Macdelaw.com

  - and -

Brian J. Lamb (*Pro Hac Vice*)
Thomas M. Ritzert (*Pro Hac Vice*)
THOMPSON HINE LLP
127 Public Square, 3900 Key Center
Cleveland, OH 44114
Phone: 216.566.5500
Brian.Lamb@ThompsonHine.com
Thomas.Ritzert@ThompsonHine.com

*Attorneys for Defendant*

**SO ORDERED** this _____ day of _____, 201___.

_____
The Honorable Richard G. Andrews
United States District Judge